## STATE OF CONNECTICUT *v.* PAUL VARSZEGI
## (AC 20478)

Landau, Schaller and Mihalakos, Js.

Argued September 25—officially released November 6, 2001

Per Curiam. The judgment is affirmed.

## SHERWOOD WAYNE WARREN *v.* COMMISSIONER
## OF CORRECTION
## (AC 20336)

Lavery, C. J., and Flynn and Dupont, Js.

Submitted on briefs September 12—officially released November 6, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JOSE MARTINEZ
## (AC 20452)

Lavery, C. J., and Flynn and Dupont, Js.

Submitted on briefs September 12—officially released November 6, 2001

Per Curiam. The judgment is affirmed.